

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2016

No. 04-15-00642-CR

Leonardo Adame **ORTEGON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B13672
Honorable M. Rex Emerson, Judge Presiding

**ORDER**

    In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

    It is so **ORDERED** on June 22, 2016.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2016.

_____
Keith E. Hottle, Clerk